UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Christopher D Surges<br><br>Debtor. | Chapter: 13<br><br>Case No. 16-27753-svk |

**STIPULATION REGARDING MOTION OF LAKEVIEW LOAN SERVICING, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

The debtor, by the attorneys at, Lombardo Law Office, and Lakeview Loan Servicing, LLC, its successors and/or assignees (hereinafter 'the movant'), by its attorneys, Gray & Associates, L.L.P., stipulate and agree as follows:

1. The movant holds a promissory note and a mortgage encumbering the debtor's real property located at 2643 N 73rd St Wauwatosa, WI 53213-1233. The debtor has failed to make monthly mortgage payments required by said note and mortgage in a timely manner. Said default in payments has caused the movant to file a motion for relief from the automatic stay herein dated January 20, 2017.

2. That the debtor shall pay the sum of $9,905.45 to the movant in sufficient time to be received on or before March 17, 2017. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

3. That with the expectation that the payment required by the preceding paragraph will be received in a timely manner, the post-petition arrearage which would exist through the end of February 2017 would be itemized as follows:

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

|   |   |
|---|---|
| 10/16 through 2/17 | $8,775.20 |
| 5 mortgage payments @ $1,755.04 | |
| Attorney Fees and Costs | 1,130.25 |
| Payment to be received by 3/17/2017 | (9,905.45) |
| TOTAL ARREARAGE | $0.00 |

4. That commencing in March 2017 through and including August 2017, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

5. That commencing in September 2017, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

6. That abandonment of the trustee's interest in the property pursuant to 11 U.S.C. § 554 shall be effective concurrent when the automatic stay no longer applies to the movant and its interest in the property.

7. That pending further notice, the amount of the monthly mortgage payment is $1,755.04 and payments shall be made to the movant at Cenlar FSB, Attn: Bankruptcy Department, 425 Phillips Blvd., Ewing, NJ 08618.

Dated this 17th day of February, 2017

Lombardo Law Office
Attorneys for Debtor

By: /s/ Kyle R. Knutson
~~Adam L. Lombardo~~ Kyle R. Knutson

Dated this 17th day of February, 2017

Gray & Associates, L.L.P.
Attorneys for Movant

By: /s/ Christopher C. Drout
Christopher C. Drout

NO OBJECTION
Dated this 17th day of February, 2017

/s/ Robert W. Stack
For Mary B. Grossman
Chapter 13 Trustee