**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

In re: CHRISTOPHER D SURGES      §      Case No. 16-27753
                                    §
                                    §
           Debtor(s)                 §

**CHAPTER 13 STANDING TRUSTEE'S INTERIM FINAL REPORT AND ACCOUNT**

Mary B. Grossman, Chapter 13 Trustee, submits the following interim Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 08/02/2016.

2) The plan was confirmed on 03/20/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 01/23/2017.

5) The case was transferred on 5/1/2017.

6) Number of months from filing or conversion to last payment: 8.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,993.66.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

Case 16-27753-svk     Doc 47     Filed 05/04/17     Page 1 of 6

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 20,510.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 20,510.00 |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,004.99 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION**  $ 4,004.99

Attorney fees paid and disclosed by debtor(s):  $ 500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LOMBARDO LAW OFFICE | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,000.00 | 0.00 |
| LAKEVIEW LOAN SERVICING, LLC | Sec | 0.00 | 360.93 | 360.93 | 94.93 | 0.00 |
| JPMORGAN CHASE BANK, N.A. | Sec | 27,291.00 | 26,735.36 | 26,735.36 | 6,668.86 | 878.67 |
| WI DEPT OF REVENUE | Pri | 29,032.00 | 30,155.12 | 30,155.12 | 0.00 | 0.00 |
| WI DEPT OF REVENUE | Pri | 15,000.00 | NA | NA | 0.00 | 0.00 |
| IAN MARTIN | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| DANA JOHNSON C/O HAWK'S | Pri | 0.00 | 793.95 | 793.95 | 0.00 | 0.00 |
| DANA JOHNSON C/O HAWK'S | Uns | 0.00 | 5,979.73 | 5,979.73 | 0.00 | 0.00 |
| STATE OF WISCONSIN - DWD | Pri | 2,692.00 | 3,591.05 | 3,591.05 | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK, FSB | Uns | 20,193.00 | 19,407.65 | 19,407.65 | 0.00 | 0.00 |
| GORDON FOOD SERVICE, INC. | Uns | 1,022.00 | 1,072.86 | 1,072.86 | 0.00 | 0.00 |
| KNAUS CHEESE | Uns | 346.00 | NA | NA | 0.00 | 0.00 |
| ROMAN TORRES | Uns | 10,250.00 | NA | NA | 0.00 | 0.00 |
| US FOODS, INC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| VEND LEASE INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KOHNER, MANN & KAILAS SC | Uns | 0.00 | 5,849.30 | 5,849.30 | 0.00 | 0.00 |
| ADT SECURITY SYSTEMS | Uns | 164.00 | NA | NA | 0.00 | 0.00 |
| ASC1 | Uns | 154.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BATZNER PEST MANAGEMENT, | Uns | 267.00 | NA | NA | 0.00 | 0.00 |
| BAUER SIGN COMPANY | Uns | 12,029.00 | NA | NA | 0.00 | 0.00 |
| BREAKTHRU BEVERAGE | Uns | 1,328.00 | NA | NA | 0.00 | 0.00 |
| BRIAN MURPHY | Uns | 875.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| CITY SCREEN PRINT & | Uns | 3,722.00 | NA | NA | 0.00 | 0.00 |
| CLOTHES CLINIC | Uns | 855.00 | NA | NA | 0.00 | 0.00 |
| CRAIGSLIST | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| CST CO. INC. | Uns | 7,212.00 | NA | NA | 0.00 | 0.00 |
| ELITE HOOD CLEANING | Uns | 485.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICINE | Uns | 289.00 | NA | NA | 0.00 | 0.00 |
| EMPIRE FISH COMPANY | Uns | 8,773.00 | NA | NA | 0.00 | 0.00 |
| GENERAL BEVERAGE SALE | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| GERMANTOWN MUTUAL | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES FIRE PROTECTION | Uns | 256.00 | NA | NA | 0.00 | 0.00 |
| HC PROCESSING CENTER | Uns | 4,676.00 | NA | NA | 0.00 | 0.00 |
| HORIZON ELECTRIC COMPANY | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| IAN MARTIN | Sec | 100,000.00 | 33,582.69 | 33,582.69 | 7,699.09 | 1,133.46 |
| IAN MARTIN | Uns | 0.00 | 82,813.59 | 82,813.59 | 0.00 | 0.00 |
| JOHNSON BROTHERS OF | Uns | 558.00 | NA | NA | 0.00 | 0.00 |
| NACMSOUTH ATLANTIC | Uns | 1,308.00 | NA | NA | 0.00 | 0.00 |
| NEESVIG'S, INC | Uns | 3,327.00 | NA | NA | 0.00 | 0.00 |
| NOVOPRINT USA | Uns | 812.00 | NA | NA | 0.00 | 0.00 |
| PARSON BISHOP COLLECTION | Uns | 344.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK/PAYPAL | Uns | 1,714.00 | 1,234.79 | 1,234.79 | 0.00 | 0.00 |
| PEPSI CO. | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| REINHART FOOD SERVICE LLC | Uns | 16,121.00 | NA | NA | 0.00 | 0.00 |
| RMS | Uns | 1,137.00 | NA | NA | 0.00 | 0.00 |
| ROCKSTAR DESIGN/INFO | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| SANIMAX USA | Uns | 255.00 | NA | NA | 0.00 | 0.00 |
| SCHMIDT/KIL BAC | Uns | 1,055.00 | NA | NA | 0.00 | 0.00 |
| SHEPHERD EXPRESS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| SOCIETY INSURANCE | Uns | 331.00 | NA | NA | 0.00 | 0.00 |
| SYSCO EASTERN WISCONSIN, LLC | Uns | 593.00 | NA | NA | 0.00 | 0.00 |
| THE SLEEP WELLNESS INSTITUTE | Uns | 1,142.00 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Uns | 2,643.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TOSA CONNECTION | Uns | 885.00 | NA | NA | 0.00 | 0.00 |
| U.S. BANK BUSINESS CREDIT CARD | Uns | 29,963.00 | 29,963.00 | 29,963.00 | 0.00 | 0.00 |
| US BANK | Uns | 2,025.00 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Uns | 2,323.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM DUEBERRY | Uns | 38,516.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SERVICE | Uns | 0.00 | 1,141.90 | 1,141.90 | 0.00 | 0.00 |
| KOHNER, MANN & KAILAS SC | Uns | 0.00 | 9,046.07 | 9,046.07 | 0.00 | 0.00 |
| KOHNER, MANN & KAILAS SC | Uns | 0.00 | 16,486.63 | 16,486.63 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | | | |
|---|---|---|---|
| | Claim Allowed | Principal Paid | Interest Paid |
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 33,582.69 | $ 7,699.09 | $ 1,133.46 |
| Mortgage Arrearage | $ 360.93 | $ 94.93 | $ 0.00 |
| Debt Secured by Vehicle | $ 26,735.36 | $ 6,668.86 | $ 878.67 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 60,678.98 | $ 14,462.88 | $ 2,012.13 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 34,540.12 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 34,540.12 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 173,695.52 | $ 0.00 | $ 0.00 |

| Disbursements: | |
|---|---|
| Expenses of Administration | $ 4,004.99 |
| Disbursements to Creditors | $ 16,475.01 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 20,480.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.

***The difference between the total  receipts to date  and the total disbursements consists of the funds on hand that have been transferred to Trustee Scott Lieske.***

Date:  05/01/2017                    By:  /s/ Mary B. Grossman
                                              Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)